Submitted on petition for review filed January 26, petition for review denied July 27, 1995

STATE OF OREGON,
*Respondent on Review,*

*v.*

RONALD STUYVESANT CLARKE,
*Petitioner on Review.*

(CC C93-08-35812; CA A81560; SC S41982)

898 P2d 767

Sally L. Avera, Public Defender for Oregon, and David E. Groom, Deputy Public Defender, Salem, filed the petition for petitioner on review.

No appearance for respondent on review.

MEMORANDUM OPINION

The petition for review is denied.

Durham, J., filed a concurring opinion.

**DURHAM, J.,** concurring.

I concur in the court's denial of review for the reason stated in my concurring opinion in *State v. Montgomery*, 321 Or 390, 391, 898 P2d 766 (1995).